IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| CHERYL LYNN PRICKETT, as Executrix of the Estate of Shirley Harmor, Deceased, on Behalf of the Estate and Beneficiaries of Shirley Harmor | PLAINTIFF |
| v.   CASE No. 6:07-CV-6050 | |
| HOT SPRING COUNTY MEDICAL CENTER; ALTIMUS RAY BOLLEN, M.D., Individually, HOT SPRING DIAGNOSTIC CLINIC, P.A., an Arkansas Corporation; LARRY BRASHEARS, M.D., Individually, and L.B. BRASHEARS, M.D., LTD., an Arkansas Corporation, Hudson Healthcare as liability insurer for HOT SPRING COUNTY MEDICAL CENTER and JOHN DOES 1-5 | DEFENDANTS |

**J U D G M E N T**

For reasons set forth in the Order, filed contemporaneously herewith, Defendants' Motion to Dismiss is **GRANTED**.

IT IS SO ORDERED this 5th day of October 2007.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**